1  *[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:21-cv-01375-WHO |
| This Document Relates to:<br><br>*Marisa Thomas v. Juul Labs, Inc., et al.,*<br>*Case No. 3:21-cv-01375-WHO* | **JOINT STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF MARISA THOMAS' CLAIM WITHOUT PREJUDICE** |

The parties to this action, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal without Prejudice of Plaintiff Marisa Thomas' action captioned as Marisa Thomas v. Juul Labs, Inc., et al., Case No. 3:21-cv-01375-WHO, with each party to bear its own attorney's fees and costs.

Dated August 12, 2022                                         Respectfully submitted,

By: /s/ Pierce N. Giboney                                     By: /s/ Edward A. Wallace

Pierce N. Giboney, FL Bar 124704                              Edward A. Wallace
**GUNSTER, YOAKLEY & STEWART, P.A.**                          **WALLACE MILLER**
1 Independent Drive, Suite 2300                               150 N. Wacker Dr., Suite 1100
Jacksonville, FL 32202                                        Chicago, IL 60606
Telephone: (904) 350-7168                                     Telephone: (312) 261-6193
Facsimile: (904) 354-2170
pgiboney@gunster.com
(*pro hac vice*)

                                                              By: /s/ Erin Dickinson

Gregory P Stone, SBN 78329                                    Erin Dickinson
Bethany W. Kristovich, SBN 241891                             **CRUEGER DICKINSON LLC**
**MUNGER, TOLLES & OLSON LLP**                                4532 N. Oakland Ave.,
350 South Grand Avenue, Fiftieth Floor                        Whitefish Bay, WI 53211
Los Angeles, California 90071-3426                            Telephone: (414) 210 3868
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
gregory.stone@mto.com
bethany.kristovich@mto.com

                                                              By: /s/ Greg Coleman

Renee D. Smith (*pro hac vice*)                               Greg Coleman
**KIRKLAND & ELLIS LLP**                                      **MILBERG COLEMAN BRYSON GROSSMAN**
300 N. LaSalle Street                                         800 S. Gay St., Suite 1100
Chicago, IL 60654                                             Knoxville, TN 37929
Telephone: (312) 862-2000                                     Telephone: (866) 252-0878
Facsimile: (312) 862-2200
renee.smith@kirkland.com
                                                              *Attorneys for Plaintiff Marisa Thomas*

Peter A. Farrell, P.C. (*pro hac vice*)
David M. Bernick
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959
Facsimile: (202) 389-5200

1  peter.farrell@kirkland.com
2  David.bernick@kirkland.com

3  *Attorneys for Defendant Juul Labs, Inc.*

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(1), I, Abigail Hernandez, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

*/s/ Abigail Hernandez*
Abigail Hernandez

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Plaintiff Marisa Thomas' action captioned as *Marisa Thomas v. Juul Labs, Inc., et al.,* Case No. 3:21-cv-01375-WHO, is DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  August 16, 2022



HONORABLE WILLIAM H. ORRICK
United States District Judge